DOCKET NO.

14-3012

IN THE

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT

EARL WARNER

APPELLANT

V

UNITED STATES OF AMERICA

RESPONDENT

MOTION REQUESTING THAT THE APPELLANT

BE GRANTED LEAVE TO FILE A

PRO-SE SUPPLEMENTAL BRIEF

ON APPEAL FROM A JUDGMENT OF CONVICTION AND

SENTENCE ENTERED IN THE UNITED STATES DISTRICT

COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

DOCKET NUMBER 2:12-cr-00107

Pro-Se

Motion

Earl Warner

Appellant

Comes now the appellant, Earl Warner, respectfully requesting that this court grant him leave to file a pro se appellate brief to this court.

In support of this request, the appellant submits the following.

The appellant is represented in this instant direct appeal by Attorney David B. Chantos.

Appellant, prior to this court's Briefing order, represented to his counsel that he, the appellant, would like to participate in the discussion of the issues which would ultimately be raised on appeal.

In any event, despite the numberous attempts by the appellant to contact Attorney Chantos, Attorney Chantos never made an attempt to return any calls left by the appellant.

In the end the Appellant received the copy of a Brief, filed by his attorney. The appellant never discussed the issues contained in the Brief with his counsel.

The appellant, upon receiving the copy of the opening brief from counsel again, attempted on several occasions to speak with counsel regarding other issues that the appellant would like this court to review.

Counsel has neglected to return any of the appellant's calls.

The appellant therefore requests that this court grant him leave to file a Supplemental Pro-Se Brief so that issues

-2-

which are pertinent to this Appeal may be raised, litigated and ultimately decided upon by this court.

Respectfully Submitted,

*Earl Warner*

Earl Warner

Appellant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion was mailed on this 22nd day of December 2014, postage pre-paid, first class mail addressed to:


David B. Chantos                    Carolyn Bloch
561 Beulah Road                     AUSA
Turtle Creek, PA 15145              Suite 4000
                                    700 Grant Street
                                    Pittsburgh, PA 15219


I further certify that the above is true and correct subject to the penalty of perjury pursuant to 28 USC § 1746.

So sworn this 22nd day of December 2014.


*Earl Warner*

Earl Warner

#33556-068

Appellant

USP Tucson

P.O. Box 24550

Tucson, AZ 85734